44

FILED

2003 OCT -9 P 12: 29

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL JON BARBARULA
    Plaintiff

vs

CANAL INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF
AMERICA, ROYAL INDEMNITY
COMPANY AND ROYAL SURPLUS
LINES INSURANCE COMPANY
    Defendants

Case No.: 3-02-CV 1142
(JCH)

October 7, 2003

**MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b)(2), the defendant Canal Insurance Company moves for a thirty (30) day extension of time to respond to the plaintiff's Motion for Summary Judgment. The plaintiff's motion was file on or about September 26, 2003. The attorney for the defendant is scheduled to commence trial in another case on October 8, 2003 and it is expected that it will require two weeks for evidence. Wherefore, the defendant respectfully requests an extension of time, up to and including November 21, 2003 within which to file its Memorandum in Opposition to Summary Judgment. All

**ORAL ARGUMENT NOT REQUESTED**

other counsel in this case have been consulted concerning this request, and have no objection to the request being granted. This is the defendant's first request for an extension of time in this case.

                    THE DEFENDANT
                    CANAL INSURANCE COMPANY

                    John W. Mills, Esq.
                    MURPHY and KARPIE
                    350 Fairfield Avenue
                    Bridgeport, CT 06604
                    Federal Bar #CT 11706

**O R D E R**

The foregoing motion having been heard and determined is hereby

GRANTED - DENIED.

_____
JUDGE/CLERK

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on October 7, 2003 to:

Joel T. Faxon, Esq.
Statton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
JOHN W. MILLS