UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MICHAEL JON BARBARULA,  : CIVIL ACTION NO.
Administrator of the Estate of : 3:02 CV 1142 (JCH)
Jing Xian He, :

'03 OCT 16 P 3:39

vs. :

CANAL INSURANCE COMPANY, et al. : OCTOBER 16, 2003

## MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEF AND EXHIBIT

Pursuant to local rule 7(b) the plaintiff, Michael Jon Barbarula, Administrator of the Estate of Jing Xian He, respectfully requests permission to file a supplemental brief and exhibit in opposition to the Royal defendants' motion for summary judgment as to Count Four of the Complaint.

The plaintiff makes this request in order to apprise the Court of additional factual information and Second Circuit authority bearing on the issue. The plaintiff has contacted defense counsel and he has no objection to this supplemental filing.

THE PLAINTIFF

By: _____
Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT. 06510
Telephone (203) 624-9500
E-Mail jfaxon@strattonfaxon.com
Federal Juris No. CT 16255

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to:

John W. Dietz, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

John W. Mills, Esq.
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

*/s/ Joel T. Faxon*
Joel T. Faxon