# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA | : | |
| Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1142 (JCH) |
| | : | |
| ROYAL INS. CO. OF AMERICA, | : | |
| ET AL | : | |
| Defendants | : | NOVEMBER 11, 2003 |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____  A ruling on the following motions which are currently pending (orefm.):

__√__  A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 11th day of November, 2003.


/s/ Janet C. Hall
_____
Janet C. Hall
United States District Judge