FILED

2003 NOV 19 P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA : | |
| Plaintiff : | |
| : | |
| vs : | Case No.: 3-02-CV 1142 |
| : | (JCH) |
| CANAL INSURANCE COMPANY, : | |
| ROYAL INSURANCE COMPANY OF : | |
| AMERICA, ROYAL INDEMNITY : | |
| COMPANY AND ROYAL SURPLUS : | |
| LINES INSURANCE COMPANY : | |
| Defendants : | November 18, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b)(2), the defendant Canal Insurance Company moves for an additional thirty (30) day extension of time to respond to the plaintiff's motion for summary judgment filed own or about September 26, 2003. The undersigned has contacted opposing counsel, and there is no objection to this motion being granted. The court previously granted an extension of time for the defendant to file a brief in opposition which expires on November 21, 2003. However, since that time the undersigned attorney has been called in for trial on three different matters, and is presently on trial in a lengthy lead paint case in Stamford. Wherefore, an additional extension of time is requested.

This case is not scheduled for trial.  Once more, the parties have recently agreed to try and resolve the case during the course of a settlement conference to be scheduled with Magistrate Fitzsimmons in early December.  For all of these reasons the defendant respectfully requests an additional 30 day extension up to and including December 21, 2003.

                                        THE DEFENDANT
                                        CANAL INSURANCE COMPANY

                                        _____
                                        John W. Mills, Esq.
                                        MURPHY and KARPIE
                                        350 Fairfield Avenue
                                        Bridgeport, CT 06604
                                        Federal Bar #CT 11706

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on November 18, 2003 to

Joel T. Faxon, Esq.
Statton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
JOHN W. MILLS