FILED

2003 NOV 19 P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA<br>    Plaintiff | :<br>:<br>: |
| vs | :   Case No.: 3-02-CV 1142<br>:   (JCH) |
| CANAL INSURANCE COMPANY,<br>ROYAL INSURANCE COMPANY OF<br>AMERICA, ROYAL INDEMNITY<br>COMPANY AND ROYAL SURPLUS<br>LINES INSURANCE COMPANY<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:   November 18, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE
### AN OBJECTION AND BRIEF IN OPPOSITION TO THE PLAINTIFF'S
### MOTION TO COMPEL

Pursuant to Local Rule 7(b)(2), the defendant Canal Insurance Company moves for a thirty (30) day extension of time up to and including January 5, 2004 within which to respond to the plaintiff's motion to compel dated November 15, 2003.  The undersigned has contacted opposing counsel, and there is no objection to this motion being granted.  The motion at issue will require the attorney for the defendant to obtain a copy of a claims file maintained in connection with an underlying personal injury case and to review same.  In addition, the undersigned is about to start trial in another case in Stamford in a case involving claims of lead paint poisoning which is expected to last three weeks.  Therefore, additional time is necessary.

This is the defendant's first motion for extension of time with respect to the motion to compel. This case has not been assigned for trial, and in fact the parties are hopeful that the case may be resolved at an upcoming

        THE DEFENDANT
        CANAL INSURANCE COMPANY

        _____
        John W. Mills, Esq.
        MURPHY and KARPIE
        350 Fairfield Avenue
        Bridgeport, CT 06604
        Federal Bar #CT 11706

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on November 18, 2003 to

Joel T. Faxon, Esq.
Statton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

JOHN W. MILLS