#51

FILED
2003 NOV 19 P 12: 34
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL JON BARBARULA :
Plaintiff :
:
vs : Case No.: 3-02-CV 1142
: (JCH)
CANAL INSURANCE COMPANY, :
ROYAL INSURANCE COMPANY OF :
AMERICA, ROYAL INDEMNITY :
COMPANY AND ROYAL SURPLUS :
LINES INSURANCE COMPANY :
Defendants : November 18, 2003

### MOTION FOR EXTENSION OF TIME TO FILE REPLY TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b)(2), the defendant Canal Insurance Company moves for an additional thirty (30) day extension of time to respond to the plaintiff's motion for summary judgment filed own or about September 26, 2003. The undersigned has contacted opposing counsel, and there is no objection to this motion being granted. The court previously granted an extension of time for the defendant to file a brief in opposition which expires on November 21, 2003. However, since that time the undersigned attorney has been called in for trial on three different matters, and is presently on trial in a lengthy lead paint case in Stamford. Wherefore, an additional extension of time is requested.

[Handwritten annotations in margins:]
- "Motion Granted. No further extensions will likely be granted."
- "So Ordered. [signature] 11/19/03"