#52

FILED

2003 NOV 19 P 12: 34

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL JON BARBARULA :
    Plaintiff :
     :
    vs :   Case No.: 3-02-CV 1142
     :   (JCH)
CANAL INSURANCE COMPANY, :
ROYAL INSURANCE COMPANY OF :
AMERICA, ROYAL INDEMNITY :
COMPANY AND ROYAL SURPLUS :
LINES INSURANCE COMPANY :
    Defendants :   November 18, 2003

## MOTION FOR EXTENSION OF TIME TO FILE AN OBJECTION AND BRIEF IN OPPOSITION TO THE PLAINTIFF'S MOTION TO COMPEL

Pursuant to Local Rule 7(b)(2), the defendant Canal Insurance Company moves for a thirty (30) day extension of time up to and including January 5, 2004 within which to respond to the plaintiff's motion to compel dated November 15, 2003. The undersigned has contacted opposing counsel, and there is no objection to this motion being granted. The motion at issue will require the attorney for the defendant to obtain a copy of a claims file maintained in connection with an underlying personal injury case and to review same. In addition, the undersigned is about to start trial in another case in Stamford in a case involving claims of lead paint poisoning which is expected to last three weeks. Therefore, additional time is necessary.

GRANTED: Absent Objection
SO ORDERED.  /s/ Janet C. Hall, U.S.D.J.  11/23/03