FILED

2003 DEC -3  P 12: 21

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BARBARULA,<br>Administrator of the Estate of<br>Jing Xian He, | : CIVIL ACTION NO.<br>: 3:02 CV 1142 (JCH) |
| vs. | : |
| CANAL INSURANCE COMPANY, et al. | : NOVEMBER 15, 2003 |

### PLAINTIFF'S MOTION TO COMPEL

The plaintiff, Michael Barbarula, Administrator of the Estate of Jing Xian He, moves the court, pursuant to Fed. R. Civ. P. 37 and D. Conn. L. Civ. R. 7(a)(1) and 37(a)(3), for an order compelling the defendant, the Canal Insurance Co. ("Canal") to produce its claims file and related documents and respond to interrogatories propounded to it in this action under the direct action statute, General Statutes § 38a-321. A good faith affidavit, pursuant to D. Conn. L. Civ. R. 37(a)(2) and a Memorandum of Law in accordance with D. Conn. L. Civ. R. 37(a)(3) are filed herewith.

WHEREFORE the plaintiff requests the court to grant this motion.

THE PLAINTIFF

By: _____
Joel T. Faxon CT 16255
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Telephone (203) 624-9500
FAX (203) 624-9100
E-Mail jfaxon@strattonfaxon.com

1

## CERTIFICATION OF SERVICE

This is to certify that on this 15th day of November 2003, a copy of the foregoing was mailed, postage prepaid, to all counsel and parties of record as follows:

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

John W. Mills, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suit 408
Bridgeport, CT 06604

_____
Joel T. Faxon