FILED

2003 DEC -3  P 12: 21

US

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BARBARULA, | : | CIVIL ACTION NO. |
| Administrator of the Estate of | : | 3:02 CV 1142 (JCH) |
| Jing Xian He, | : | |
| | : | |
| vs. | : | |
| | : | |
| CANAL INSURANCE COMPANY, et al. | : | NOVEMBER 15, 2003 |

### AFFIDAVIT RE: ATTEMPT TO RESOLVE OBJECTIONS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED OCTOBER 29, 2003

The undersigned represents that:

1.      I am over the age of eighteen (18) years and I understand the obligations of an oath.

2.      I am counsel to the plaintiff in the above-captioned matter.

3.      On October 13, 2003, the plaintiff caused to be served on the defendant, Canal Insurance Co. ("Canal"), interrogatories and requests for production.

4.      On October 29, 2003, Canal objected to plaintiff's supplemental interrogatories and requests for production.  See Exhibit A attached to the Memorandum of Law.

5.      On November 3, 2003, the undersigned sent a letter to defense counsel indicating that the information sought in the plaintiff's interrogatories and requests for production were discoverable under the Federal Rules and a motion to compel would be filed with the Court unless some discovery was forthcoming.  See Exhibit A (attached hereto).

6.     Canal has not provided the plaintiff with any discovery or with a privilege log in accordance with the Local Rules.

7.     Court intervention is required to resolve this dispute since the Plaintiff made a good faith effort to obtain the information without the assistance of the court.

_____
Joel T. Faxon

Subscribed and sworn to before me
This 15th day of November, 2003.


_____
Notary Public
My Commission Expires:  5/31/06

# Stratton Faxon

*Connecticut's Firm for Trial Law*

November 3, 2003

New Haven Office

59 Elm Street

New Haven, CT 06510

(203) 624-9500  Phone

(203) 624-9100  Fax

(866) 351-9500  Toll-free

www.strattonfaxon.com

John Mills, Esq.
Murphy and Karpie
350 Fairfield Avenue
Bridgeport, Connecticut 06604

Michael A. Stratton*

Joel T. Faxon

Michael R. Denison

**Re:**    *Barbarula vs. Canal, et al*

* Certified Civil Trial Advocate
National Board of Trial Advocacy

Dear Jack:

  Pursuant to your objections of October 29, 2003 to our supplemental interrogatories and requests for production, we believe this information is discoverable under the Federal Rules.  If I do not hear from you by November 15, 2003, I will file a Motion to Compel.

Legal Assistants

Marsha Chrzanowski

Carol Girard

Sandy Sims

Shel Swanson, RN

Macaire Montini

Sheila Geen, RN

Kristi Biondo

Very truly yours,

Joel T. Faxon