UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He | : CIVIL ACTION NO. <br> : 3:02 CV 1142 (JCH) <br> : <br> : |
| vs. | : <br> : |
| CANAL INSURANCE COMPANY, et al. | : DECEMBER 22, 2003 |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b), the plaintiff moves the Court for an extension of time of thirty (30) days within which to file a reply brief in support of the plaintiff's motion for summary judgment. It was agreed upon by all counsel at a settlement conference held on Friday, December 19, 2003, that further discussion is required, in an effort to resolve the case, therefore an extension of time is necessary within which to reply. No counsel objects to the extension. This is the plaintiff's first motion for extension of time.

THE PLAINTIFFS

By _____
Joel T. Faxon, Esq.    CT16255
Stratton Faxon
59 Elm Street, Suite 315
New Haven, CT 06510
Telephone: (203) 624-9500
Fax: (203) 624-9100

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this date to all parties:

John W. Dietz, Esquire
Halloran & Sage
315 Post Road West
Westport, CT 06880

John W. Mills, Esquire
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

_____
Joel T. Faxon