02CV1142MEXTIME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, | : | CIVIL ACTION NO. |
| Administrator of the Estate of | : | 3:02 CV 1142 (JCH) |
| Jing Xian He | : | |
| | : | |
| vs. | : | |
| | : | |
| CANAL INSURANCE COMPANY, et al. | : | DECEMBER 22, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7(b), the plaintiff moves the Court for an extension of time of thirty (30) days within which to file a reply brief in support of the plaintiff's motion for summary judgment. It was agreed upon by all counsel at a settlement conference held on Friday, December 19, 2003, that further discussion is required, in an effort to resolve the case, therefore an extension of time is necessary within which to reply. No counsel objects to the extension. This is the plaintiff's first motion for extension of time.

THE PLAINTIFFS

By _____
Joel T. Faxon, Esq.    CT16255
Stratton Faxon
59 Elm Street, Suite 315
New Haven, CT 06510
Telephone: (203) 624-9500
Fax: (203) 624-9100

*[Handwritten margin notes: "Motion granted. Further extensions are unlikely. So Ordered. 1/5/04"]*