UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA,<br>Administrator of the Estate of Jing Xian He,<br><br>    Plaintiff<br><br>v.<br><br>CANAL INSURANCE COMPANY,<br>ROYAL INSURANCE COMPANY OF AMERICA,<br>ROYAL INDEMNITY COMPANY, and<br>ROYAL SURPLUS LINES INSURANCE<br>COMPANY,<br><br>    Defendants | CIVIL ACTION NO.<br>3:02 CV 1142 (JCH)<br><br><br><br><br><br><br><br><br><br>FEBRUARY 3, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff in the above matter, pursuant to D. Conn. L. Civ. R. 7(b), requests a thirty (30) day extension of time to answer and/or object to the Interrogatories and Requests for Production from the defendants dated January 29, 2004 propounded to the plaintiff. This is the first request for an extension of time regarding these discovery requests. Counsel for the defendants has no objection to this request.

THE PLAINTIFF

By_____
JOEL T. FAXON
Federal Bar No. ct16255
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
Tel: 203-624-9500
Fax: 203-624-9100
JFaxon@strattonfaxon.com

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this date to:

John W. Mills
Murphy and Karpie
350 Fairfield Avenue
Bridgeport, CT 06604

John Dietz
Halloran & Sage
315 Post Road
Westport, CT 06880

*/s/ Joel T. Faxon*
Joel T. Faxon