#66

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL JON BARBARULA,                    2004 FEB -5 A 8:56
Administrator of the Estate of Jing Xian He,        )
                                                     )
            Plaintiff                                )
                                                     )    CIVIL ACTION NO.
    v.                                               )    3:02 CV 1142 (JCH)
                                                     )
CANAL INSURANCE COMPANY,                             )
ROYAL INSURANCE COMPANY OF AMERICA, )
ROYAL INDEMNITY COMPANY, and                         )
ROYAL SURPLUS LINES INSURANCE                        )
COMPANY,                                             )
                                                     )
            Defendants                               )    FEBRUARY 3, 2004

### MOTION FOR EXTENSION OF TIME

The plaintiff in the above matter, pursuant to D. Conn. L. Civ. R. 7(b),

requests a thirty (30) day extension of time to answer and/or object to the

Interrogatories and Requests for Production from the defendants dated

January 29, 2004 propounded to the plaintiff.   This is the first request for an

extension of time regarding these discovery requests.  Counsel for the

defendants has no objection to this request.

                                        THE PLAINTIFF

                                        By_____
                                            JOEL T. FAXON
                                            Federal Bar No. ct16255
                                            STRATTON FAXON
                                            59 ELM STREET
                                            NEW HAVEN, CT 06510
                                            Tel: 203-624-9500
                                            Fax: 203-624-9100
                                            JFaxon@strattonfaxon.com

GRANTED. Absent Objection

SO ORDERED

Janet C. Hall, U.S.D.J.

2/9/04