FILED

2004 FEB -9  A 11: 58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA<br>Plaintiff<br>VS<br>CANAL INSURANCE COMPANY,<br>ROYAL INSURANCE COMPANY OF<br>AMERICA, ROYAL INDEMNITY<br>COMPANY AND ROYAL SURPLUS<br>LINES INSURANCE COMPANY<br>Defendants | CIVIL<br>3-02-CV-1142 (JCH)<br><br><br><br><br><br>FEBRUARY 6, 2004 |

## DEFENDANT'S MOTION FOR RECONSIDERATION

Pursuant to the provisions of Local Rule 7(c), the defendant Canal Insurance Company hereby moves for reconsideration of the court's recent decision on February 1, 2004, granting the plaintiff's motion to compel. Said order indicated the plaintiff's motion was granted absent objection. However, the defendant filed a memorandum of law in opposition to the motion to compel on or about February 4th, prior to receiving notice of the court's decision on February 6th.

It took longer than anticipated to review the voluminous claims file maintained in connection with the underlying action, which culminated in a jury trial after extended discovery practice. It was necessary to prepare a

**ORAL ARGUMENT REQUESTED**

lengthy privilege log of privileged communications between Canal and legal counsel, which has since been provided to the plaintiff. All non-privileged documents have been gathered and sent to Canal for review and signature along with the answers to interrogatories.

The defendant strongly objects to the blanket disclosure of the entire claims file, and also objects to the plaintiff's broad request for information pertaining to any other claim ever made with respect to an MCS-90 endorsement, absent some showing of relevance to the issues now in dispute. The defendant respectfully asks the court to reconsider its prior ruling in light of the defendant's objection to the plaintiff's motion to compel and the filing of a privilege log.

As required by Local Rule 7, a brief memorandum of law in support of this motion is filed herewith.

THE DEFENDANT, CANAL
INSURANCE COMPANY

By *[signature]*
JOHN W. MILLS
MURPHY and KARPIE
350 Fairfield Avenue
Bridgeport, CT 06604
Juris # 104071, Tel: (203)333-0177

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on February 6, 2004 to:

>Attorney Michael Stratton
>Stratton Faxon
>59 Elm Street
>New Haven, CT  06510
>
>Attorney John Dietz
>Halloran & Sage
>315 Post Road
>Westport, CT  06880

JOHN W. MILLS