EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA<br>Plaintiff<br>VS<br>CANAL INSURANCE COMPANY,<br>ROYAL INSURANCE COMPANY OF<br>AMERICA, ROYAL INDEMNITY<br>COMPANY AND ROYAL SURPLUS<br>LINES INSURANCE COMPANY<br>Defendants | CIVIL<br>3-02-CV-1142 (JCH)<br><br><br>FEBRUARY  , 2004 |

## DEFENDANT'S PRIVILEGE LOG

The defendant, Canal Insurance Company, hereby provides the plaintiff with a privilege log concerning items contained in the claims file requested in discovery but not yet produced on the basis of privilege.

## PRIVILEGED DOCUMENTS

| Type of Doc. | Subject Matter | Date | Author | Recipient |
|---|---|---|---|---|
| Fax | Attorney Corresp. | 3/15/02 | Brian Smith | Judy Georgiades |
| Letter | Same | 5/1/02 | Same | Same |
| Note | Trial | 3/8/02 | J. Georgiades | F.M. Timmons |
| Letter | Trial | 3/28/02 | Brian Smith | J. Georgiades |
| Letter | Same | 3/12/02 | Same | Same |

1

| | | | | |
|---|---|---|---|---|
| Letter | Trial | 3/11/02 | J. Georgiades | Brian Smith |
| Fax | Trial | 3/26/02 | Brian Smith | J. Georgiades |
| Letter | Trial | 2/4/02 | Brian Smith | Todd Hester |
| Letter | Trial | 1/2/02 | Same | Same |
| Letter | Trial | 12/18/01 | Same | Same |
| Fax | Trial | 11/28/01 | Same | Same |
| Bill | Trial | 11/27/01 | Same | Canal Insurance |
| Note | Trial | 11/19/01 | Todd Hester | File |
| Note | Trial | 11/21/01 | Same | Same |
| Note | Trial | 11/19/01 | Same | Same |
| Note | Trial | 11/16/01 | Same | Same |
| Note | Trial | 11/16/01 | Same | Same |
| Letter | Status | 10/9/01 | Jon Berchem | Todd Hester |
| Letter | Status | 9/6/00 | Brian Smith | Todd Hester |
| Letter | Status | 7/27/00 | Same | Same |
| Letter | Status | 4/18/00 | Same | Same |
| Claim Worksheet | New Claim | 9/30/96 | Unknown | File |
| Letter | Status | 9/24/99 | Brian Smith | Todd Hester |

| Report | Investigation | 9/2/99 | Leo Chupron | Heidi Minnow |
| Report | Investigation | 7/2/99 | Same | Same |
| Report | Investigation | 9/2/99 | Same | Same |
| Letter | Inquiry | 3/21/97 | Hedi Minow | F.M. Timmons |
| Letter | Trial | 2/20/01 | Brian Smith | Todd Hester |
| Letter | Trial | 8/29/01 | Edward Arnn | John Mills |
| Letter | Trial | 1/24/01 | Brian Smith | Todd Hester |
| Letter | Trial | 5/28/98 | Same | Same |
| Letter | Discovery | 1/6/98 | Todd Hester | Brian Smith |
| Letter | Discovery | 12/30/97 | Brian Smith | Todd Hester |
| Letter | Status | 12/22/97 | Same | Same |
| Letter | Status | 11/19/97 | Same | Same |
| Letter | Status | 10/15/97 | Same | Same |
| Letter | Status | 10/9/97 | Same | Same |
| Letter | Status | 10/1/97 | Same | Same |
| Letter | Discovery | 9/23/97 | Same | Same |
| Letter | Investigation | 9/8/97 | Same | Same |
| Letter | Discovery | 8/20/97 | Same | Same |

| | | | | |
|---|---|---|---|---|
| Letter | Impressions | 7/17/97 | Tom Cotter | Same |
| Letter | Status | 7/3/97 | Same | Same |
| Letter | Case referral | 6/30/97 | Todd Hester | Tom Cotter |
| Letter | Same | 6/26/97 | Tom Cotter | Todd Hester |
| Notes | Status | 5/28/97 | Todd Hester | File |
| Letter | Coverage | 2/20/97 | F.M. Timmons | Hedi Minow |
| Letter | Coverage | 2/6/96 | Hedi Minow | Todd Hester |
| Letter | Investigation | 6/3/99 | Todd Hester | Brian Smith |
| Letter | Discovery | 3/15/00 | Brian Smith | Todd Hester |
| Letter | Status | 3/9/00 | Same | Same |
| Note | Status | 2/2/00 | Todd Hester | File |
| Note | Status | 1/25/00 | Same | File |
| Letter | Discovery | 1/5/00 | Brian Smith | Todd Hester |
| Letter | Discovery | 1/3/00 | Same | Same |
| Letter | Status | 12/14/99 | Same | Same |
| Letter | Status | 11/19/99 | John Mills | Todd Hester |
| Letter | Status | 10/28/99 | Brian Smith | Todd Hester |
| Letter | Status | 10/28/99 | Same | Same |

| Type | Subject | Date | From | To |
|---|---|---|---|---|
| Note | Status | 10/28/99 | Todd Hester | File |
| Letter | Settlement | 10/25/99 | Brian Smith | Todd Hester |
| Letter | Status | 8/5/99 | Same | Same |
| Note | Status | 6/8/99 | Todd Hester | File |
| Letter | Billing | 4/29/99 | Brian Smith | Todd Hester |
| Letter | Deposition | 5/27/99 | Same | Same |
| Letter | Status | 5/10/99 | Same | Same |
| Letter | Status | 5/5/99 | Same | Same |
| Letter | Status | 4/27/99 | Same | Same |
| Letter | Settlement | 4/19/99 | Same | Same |
| Letter | Settlement | 3/1/99 | Todd Hester | Brian Smith |
| Letter | Discovery | 2/23/99 | Brian Smith | Todd Hester |
| Letter | Status | 2/19/99 | Same | Same |
| Letter | Deposition | 2/3/99 | Same | Same |
| Letter | Status | 1/11/99 | Same | Same |
| Letter | Status | 12/11/98 | Same | Same |
| Letter | Status | 11/3/98 | Same | Same |
| Letter | Investigation | 8/5/98 | Same | Same |

| | | | | |
|---|---|---|---|---|
| Letter | Investigation | 7/20/98 | Same | Same |
| Letter | Status | 10/30/98 | Same | Same |
| Letter | Status | 9/8/98 | Same | Same |
| Letter | Billing | 8/11/98 | Same | Same |
| Note | Investigation | 6/2/98 | Todd Hester | File |
| Letter | Investigation | 6/3/98 | Todd Hester | Brian Smith |
| Letter | Discovery | 4/23/98 | Brian Smith | Todd Hester |
| Letter | Discovery | 4/13/98 | Same | Same |
| Letter | Settlement | 3/30/98 | Same | Same |
| Letter | Billing | 3/23/98 | Same | Same |
| Fax | DJ Action | 3/10/98 | Todd Hester | Brian Smith |
| Letter | Status | 3/3/98 | Brian Smith | Todd Hester |
| Letter | Deposition | 2/12/98 | Same | Same |
| Letter | Discovery | 2/12/98 | Same | Same |
| Letter | Criminal Charges | 1/12/98 | Same | Same |
| Letter | Status | 1/16/98 | Same | Same |
| Letter | Status | 1/15/98 | Same | Same |
| Letter | Status | 1/13/98 | Same | Same |

| | | | | |
|---|---|---|---|---|
| Letter | Status | 1/8/98 | Same | Same |
| Bill | Billing | 5/16/00 | Same | Same |
| Bill | Billing | 12/14/00 | Same | Same |
| Bill | Billing | 3/27/98 | Same | Same |
| Letter | Bill | 4/14/99 | Same | Same |
| Bill | Billing | 12/22/98 | Same | Same |
| Letter | Bill | 12/22/98 | Gina Hall | Same |
| Bill | Billing | 7/20/99 | Brian Smith | Same |
| Bill | Billing | 3/10/99 | Same | Same |
| Bill | Billing | 10/1/97 | Same | Same |
| Bill | Billing | 1/7/98 | Same | Same |
| Bill | Billing | 6/30/98 | Same | Same |
| Letter | Billing | 12/22/97 | Same | Same |
| Letter | Billing | 6/8/98 | Same | Same |
| Letter | Billing | 2/10/00 | Tom Cotter | Same |
| Letter | Billing | 2/25/00 | Brian Smith | Same |
| Note | PJR | 5/28/97 | Todd Hester | File |
| Letter | Defense | 6/26/97 | Tom Cotter | Todd Hester |

| | | | | |
|---|---|---|---|---|
| Note | Trial | 11/16/01 | Todd Hester | File |
| Memo | Trial | 11/9/01 | F.M. Timmons | Todd Hester |

THE DEFENDANT,
CANAL INSURANCE

*/s/ John W. Mills*

JOHN W. MILLS
Murphy and Karpie, LLC
350 Fairfield Avenue
Bridgeport, CT 06604
Federal Bar No.: ct11706
Tel.: (203) 333-0177

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA<br>Plaintiff<br>VS<br>CANAL INSURANCE COMPANY,<br>ROYAL INSURANCE COMPANY OF<br>AMERICA, ROYAL INDEMNITY<br>COMPANY AND ROYAL SURPLUS<br>LINES INSURANCE COMPANY<br>Defendants | CIVIL<br>3-02-CV-1142 (JCH)<br><br><br><br><br>FEBRUARY  , 2004 |

### DEFENDANT'S DISCOVERY COMPLIANCE

The defendant, Canal Insurance Company, hereby complies with the plaintiff's interrogatories and request for production.

### INTERROGATORIES

1. Please identify the persons involved in the handling and adjustments of the claim in the case of <u>Barbarula v. Haniewski, et al</u>, CV 97 0437585 S, Judicial District of New Haven. Include their position within the company and their immediate surpervisor(s).:

    **Todd Hester, Claims Supervisor**

    **Judy Georgiades, Claims Supervisor**

    **Immediate Supervisor: F.M. Timmons**

1

2. Please identify all cases in which Canal has paid a claim, sued or been sued under the MCS-90 endorsement. For each case identified please indicate why the claim was made under the MCS-90 endorsement (i.e., policy improperly cancelled, vehicle not identified as covered vehicle on the declarations page, vehicle not properly registered, etc.)

**Objection pending**

### REQUEST FOR PRODUCTION

1. Please produce the entire claims file related to the underlying litigation in the case of <u>Barbarula v. Haniewski, et </u>al, CV 97 0437585 S, Judicial District of New Haven, including but not limited to, all information on the reserve in this case, documents, communications with counsel, claim memoranda and notes.

**Objection pending.**

Without waiving the asserted objection, the defendant nevertheless produces copies of all documents contained in the claims file which are not privileged. With respect to the remaining documents, a privilege log has been provided.

## OATH

I, George Lindh, Esquire, acting on behalf of the defendant Canal Insurance Company, have reviewed the above answers to interrogatories and request for production, and hereby attest that the compliance provided is complete and accurate to the best of my knowledge and belief.

_____  _____
Date                                                                    George Lindh, Esquire

On _____ did personally appear before me George Lindh, Esquire, who being duly sworn, attested to the truth and accuracy of the above, and duly executed his signature in my presence.

_____
Notary Public

My commission expires on:

3

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on February  , 2004 to:

>Attorney Michael Stratton
>Stratton Faxon
>59 Elm Street
>New Haven, CT  06510
>
>Attorney John Dietz
>Halloran & Sage
>315 Post Road
>Westport, CT  06880

_____
JOHN W. MILLS

4