#68

FILED

2004 FEB -9 A 11:58

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| MICHAEL JON BARBARULA<br>Plaintiff<br>VS<br>CANAL INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA, ROYAL INDEMNITY COMPANY AND ROYAL SURPLUS LINES INSURANCE COMPANY<br>Defendants | CIVIL<br>3-02-CV-1142 (JCH)<br><br>FEBRUARY 6, 2004 |
|---|---|

Motion to Reconsider is granted. The Motion to Compel will be heard at a telephonic conference. So ordered. 2/12/04

## DEFENDANT'S MOTION FOR RECONSIDERATION

Pursuant to the provisions of Local Rule 7(c), the defendant Canal Insurance Company hereby moves for reconsideration of the court's recent decision on February 1, 2004, granting the plaintiff's motion to compel. Said order indicated the plaintiff's motion was granted absent objection. However, the defendant filed a memorandum of law in opposition to the motion to compel on or about February 4th, prior to receiving notice of the court's decision on February 6th.

It took longer than anticipated to review the voluminous claims file maintained in connection with the underlying action, which culminated in a jury trial after extended discovery practice. It was necessary to prepare a

**ORAL ARGUMENT REQUESTED**

2004 FEB 18 P 3:58