UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1142 (JCH) |
| | : | |
| CANAL INSURANCE COMPANY, | : | FEBRUARY 13, 2004 |
| ET AL | : | |
|     Defendants | : | |

**ENDORSEMENT RULING [DKT. NO. 70]**

Treating this as a Motion to Reconsider (it arriving after the court's Ruling and more than 21 days after the motion was filed), it is granted. A hearing will be scheduled on plaintiff's Motion to Compel on **MARCH 17, 2004 at 4:00 p.m.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 13th day of February, 2004.

                                                /s/ Janet C. Hall
                                              Janet C. Hall
                                              United States District Judge