UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL BARBARULA, | : | CIVIL ACTION NO. |
| Administrator of the Estate of | : | 3:02 CV 1142 (JCH) |
| Jing Xian He, | : | |
| | : | |
| vs. | : | |
| | : | |
| CANAL INSURANCE COMPANY, et al. | : | FEBRUARY 17, 2004 |

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO CANAL'S MOTION FOR RECONSIDERATION**

The plaintiff, Michael Barbarula, Administrator of the Estate of Jing Xian He, hereby submits this memorandum of law in opposition to Canal's motion for reconsideration. Canal received an extension of time, consented to by the undersigned, until January 5, 2004, to file its opposition to the motion to compel. See Doc. #52 (granting motion for extension of time until January 5, 2004). No memorandum was filed within the time provided by the court's order. Therefore, the court granted the motion to compel on February 1, 2004. See Doc. #65.

The standard on a motion for reconsideration is a strict one that requires a showing of manifest injustice accruing the movant by virtue of the operation of the underlying order. See Juan F. v. Rowland, No. H-89-859(AHN), at 1-2 (D.Conn. Feb. 10, 2004) (denying motion for reconsideration and discussing standard). Here there could be no manifest injustice since the motion to compel is well-grounded in fact and law, separate and apart from Canal's failure to timely respond to the motion. See Plaintiff's Memorandum of Law in Support of Motion to Compel at 3-4 (citing Connecticut authorities on point requiring production of claims file).

1

Since there is no manifest injustice accruing to Canal the motion for reconsideration should be denied.

          THE PLAINTIFF

By: _____
Joel T. Faxon CT 16255
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Telephone (203) 624-9500
FAX (203) 624-9100
E-Mail jfaxon@strattonfaxon.com

## CERTIFICATION OF SERVICE

This is to certify that on this day, a copy of the foregoing was mailed, postage prepaid, to all counsel and parties of record as follows:

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

John W. Mills, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suit 408
Bridgeport, CT 06604

_____
Joel T. Faxon