UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He | : : : : | CIVIL ACTION NO. 3:02 CV 1142 (EBB) |
| vs. | : : | |
| CANAL INSURANCE COMPANY, et al. | : | MAY 13, 2004 |

### PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT CANAL'S SECOND MOTION FOR SUMMARY JUDGMENT

The plaintiff, Michael Barbarula, Administrator of the Estate of Jing Xian He, submits the following supplemental memorandum of law in support of his opposition to the second motion for summary judgment filed by the Canal Insurance Company ("Canal"). As stated by the plaintiff in his initial opposition, Canal's second motion for summary judgment should be denied.

Judge Hall rejected Canal's collateral estoppel argument in the Ruling on Canal's Motion for Summary Judgment [Doc. #34] at 9-10 ("Ruling"). In its second motion for summary judgment Canal, rightly, did not even re-raise the issue of collateral estoppel since the court had already addressed it and disposed of it. Now Canal is attempting to take a third bite at the apple in a supplemental memorandum by re-raising collateral estoppel in an untimely fashion. For the reasons already set forth by Judge Hall in the prior Ruling, the motion, to the extent that it relies on collateral estoppel, should be rejected.

1

THE PLAINTIFF

BY _____
JOEL T. FAXON
Federal Bar No. ct16255
STRATTON FAXON
59 Elm Street
New Haven, Connecticut 06510
T: (203) 624-9500
F: (203) 624-9100
jfaxon@strattonfaxon.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to:

John W. Dietz, Esq.
Halloran & Sage
315 Post Road West
Westport, Connecticut 06880

John W. Mills, Esq.
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, Connecticut 06604

_____
JOEL T. FAXON

2