UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He, | : CIVIL ACTION NO. : 3:02 CV 1142 (JCH) |
| vs. | : : : |
| CANAL INSURANCE COMPANY, et al. | : OCTOBER 16, 2003 |

## MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEF AND EXHIBIT

Pursuant to local rule 7(b) the plaintiff, Michael Jon Barbarula, Administrator of the Estate of Jing Xian He, respectfully requests permission to file a supplemental brief and exhibit in opposition to the Royal defendants' motion for summary judgment as to Count Four of the Complaint.

The plaintiff makes this request in order to apprise the Court of additional factual information and Second Circuit authority bearing on the issue. The plaintiff has contacted defense counsel and he has no objection to this supplemental filing.

THE PLAINTIFF

By: _____
Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT. 06510
Telephone (203) 624-9500
E-Mail jfaxon@strattonfaxon.com
Federal Juris No. CT 16255

1