FILED

2004 MAY 24 A 11: 51

US DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA | : | |
| Plaintiff | : | |
| | : | |
| vs | : | Case No.: 3-02-CV 1142 |
| | : | (JCH) |
| CANAL INSURANCE COMPANY, | : | |
| ROYAL INSURANCE COMPANY OF | : | |
| AMERICA, ROYAL INDEMNITY | : | |
| COMPANY AND ROYAL SURPLUS | : | |
| LINES INSURANCE COMPANY | : | |
| Defendants | : | MAY 21, 2004 |

**DEFENDANT'S SURREPLY TO PLAINTIFF'S MEMO IN OPPOSITION TO SUMMARY JUDGMENT**

The defendant Canal Insurance Company has properly brought it to the attention of this court that the Connecticut Supreme Court has issued a new, dispositive decision in the case entitled <u>DaCruz v. State Farm Fire and Casualty Company</u>, 268 Conn. 675 (2004). That decision had not been issued when Judge Hall issued her earlier decision in the case. More importantly, the holding in <u>DaCruz</u>, supra, goes beyond the issue of collateral estoppel. The decision firmly establishes that the duty to defend is broader than the duty to indemnify, and holds that there can be no claim for indemnification by a third party pursuant to the Direct Action Statute in light of a prior declaratory judgment ruling that the

insurer had no duty to defend under the policy. In light of the <u>DaCruz</u> decision, the plaintiff cannot recover for any claims pursuant to the underlying policy, and cannot obtain offer of judgment interest or any other form of statutory interest as a cost of defense pursuant to the terms of the underlying insurance policy. For all of these reasons, the defendant Canal Insurance Company is entitled to summary judgment.

        RESPECTFULLY SUBMITTED
        CANAL INSURANCE COMPANY

BY _____
John W. Mills, Esq.
MURPHY and KARPIE
350 Fairfield Avenue
Bridgeport, CT 06604
Federal Bar #CT 11706

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on May 21, 2004 to

Joel T. Faxon, Esq.
Stratton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
JOHN W. MILLS