UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 AUG 23  P 4: 11

| | |
|---|---|
| MICHAEL BARBARULA, Administrator of the Estate of JING XIAN HE, | CIVIL ACTION NO. 3:02 CV 1142 (~~JCH~~) EBB |
| VS. | |
| CANAL INSURANCE COMPANY, et al. | AUGUST 23, 2004 |

### NOTICE OF MANUAL FILING OF EVIDENCE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

The plaintiff files herewith the attached certified copy of the U.S. D.O.T. FMCSA records. These documents further support the plaintiff's position that Salguod was subject to the jurisdiction of the ICC and successor agencies at all times relevant to this case.

THE PLAINTIFF

By: _____
Joel T. Faxon
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Telephone (203) 624-9500
FAX (203) 624-9100
Federal Bar No.: 16255
E-Mail jfaxon@strattonfaxon.com

## **CERTIFICATION OF SERVICE**

     This is to certify that on this date, a copy of the foregoing was mailed, postage prepaid, to all counsel and parties of record as follows:

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

John W. Mills, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suit 408
Bridgeport, CT 06604

_____
Joel T. Faxon