UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He, | : : : | CIVIL ACTION NO. 3:02 CV 1142 (EBB) |
| vs. | : : : | |
| CANAL INSURANCE COMPANY, et al. | : | SEPTEMBER 1, 2004 |

### MOTION FOR PERMISSION TO FILE SUPPLEMENTAL BRIEF AND EXHIBITS

Pursuant to Local Rule 7(b) the plaintiff, Michael Jon Barbarula, Administrator of the Estate of Jing Xian He, respectfully requests permission to file a supplemental brief in response to the Canal brief filed on August 27, 2004. The court has previously permitted the filing of supplemental briefs in this matter and this brief is necessary to respond to the arguments, not yet presented, that are contained in the brief filed on the above date. Attorneys for Canal have been contacted and they have not responded whether they have an objection to the filing.

THE PLAINTIFF

By: /s/ Joel T. Faxon

Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT. 06510
Telephone (203) 624-9500
E-Mail jfaxon@strattonfaxon.com
Federal Juris No. CT 16255

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to:

John W. Dietz, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

John W. Mills, Esq.
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

Joel T. Faxon