UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL JON BARBARULA   :
                                  :

    v.                         :    Case No.   3:02-CV-1142(EBB)
                                  :

CANAL INSURANCE COMPANY,  :
ROYAL INSURANCE CO. OF
AMERICA, ET AL.,         :

FILED
Oct 4  4 18 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge Joan G. Margolis for the following purposes:

___    All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___    A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

_X_    A settlement conference (orefmisc./cnf)

___    A conference to discuss the following: (orefmisc./cnf)

___    Other: (orefmisc./misc) _____

    SO ORDERED this 4th day of October, 2004 at New Haven, Connecticut.

                                          Ellen B. Burns
                                          UNITED STATES DISTRICT JUDGE