## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MICHAEL JON BARBARULA, Administrator** | : | |
| of the Estate of Jing Xian He | : | |
| vs. | : | NO. 3:02cv1142 (EBB) |
| **CANAL INSURANCE COMPANY, ET AL** | : | NOVEMBER 3, 2004 |

## MOTION TO AMEND COMPLAINT

The Plaintiff moves the court to amend his complaint, in accordance with Fed. R. Civ. P. 15(a), to assert a claim under CUTPA, General Statutes § 42-110b, et seq., based on Canal's handling of the underlying wrongful death claim.  See Peck v. Public Service Mutual Insurance Co., 114 F.Supp.2d 51, 58 (D. Conn. 2000).

WHEREFORE the plaintiff requests that the Amended Complaint be allowed.

THE PLAINTIFF,


By_____
JOEL T. FAXON
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT  06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@strattonfaxon.com

Federal Bar No.: ct 16255

## **CERTIFICATION**

The foregoing Motion to Amend Complaint was served on this date to the following:

John W. Dietz, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

John W. Mills, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

By_____
JOEL T. FAXON

2