UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA | : | |
|    Plaintiff | : | |
| | : | |
|    vs | : | Case No.: 3-02-CV 1142 |
| | : | (JCH) |
| CANAL INSURANCE COMPANY, | : | |
| ROYAL INSURANCE COMPANY OF | : | |
| AMERICA, ROYAL INDEMNITY | : | |
| COMPANY AND ROYAL SURPLUS | : | |
| LINES INSURANCE COMPANY | : | |
|    Defendants | : | November 10, 2004 |

## **APPEARANCE**

Please enter the appearance of Karen L. Karpie as attorney for the defendant, Canal Insurance Company, in this matter.

                      THE DEFENDANT
                      CANAL INSURANCE COMPANY


                      BY_____
                      KAREN L. KARPIE, ESQ.
                      MURPHY and KARPIE, LLC
                      350 Fairfield Avenue
                      Bridgeport, CT 06604
                      Federal Bar #CT 04269
                      Ph. 203-333-0177
                      Fax # 203-333-8475
                      E-Mail KLKARPIE@SBCGLOBAL.NET

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on November 10, 2004 to

Joel T. Faxon, Esq.
Statton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
KAREN L. KARPIE