UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA : | |
|    Plaintiff : | |
| : | |
|    vs : | Case No.: 3-02-CV 1142 |
| : | (JCH) |
| CANAL INSURANCE COMPANY, : | |
| ROYAL INSURANCE COMPANY OF : | |
| AMERICA, ROYAL INDEMNITY : | |
| COMPANY AND ROYAL SURPLUS : | |
| LINES INSURANCE COMPANY : | |
|    Defendants : | November 10, 2004 |

## **APPEARANCE**

Please enter the appearance of Kevin R. Murphy as attorney for the defendant, Canal Insurance Company, in this matter.

                          THE DEFENDANT
                          CANAL INSURANCE COMPANY


                          BY_____
                          KEVIN R. MURPHY, ESQ.
                          MURPHY and KARPIE, LLC
                          350 Fairfield Avenue
                          Bridgeport, CT 06604
                          Federal Bar #CT 05593
                          Ph. 203-333-0177
                          Fax # 203-333-8475
                          E-Mail MurphyKarpie@SBCGLOBAL.NET

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on November 10, 2004 to

Joel T. Faxon, Esq.
Statton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
KEVIN R. MURPHY