UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA : | |
|     Plaintiff : | |
| : | |
|     vs : | Case No.:  3-02-CV 1142 (EBB) |
| : | |
| CANAL INSURANCE COMPANY, : | |
| ROYAL INSURANCE COMPANY OF : | |
| AMERICA, ROYAL INDEMNITY : | |
| COMPANY AND ROYAL SURPLUS : | |
| LINES INSURANCE COMPANY : | |
|     Defendants : | November 16, 2004 |

## **MOTION FOR ORDER OF STAY**

The defendant Canal Insurance Company hereby requests that the Court issue the following Order:

In as much as no judgment has yet been entered in this matter, and as there are outstanding issues which have been briefed but not yet decided regarding the plaintiff's claims for offer-of-judgment and post-judgment interest, the Court hereby orders that a stay be in effect and that no judgments shall enter in this matter until 15 days, or more, following the settlement conference scheduled for December 16, 2004 before the Honorable Magistrate Judge Joan Margolis.

Counsel for the plaintiff and for the defendants Royal Insurance Company of America, Royal Indemnity Company, and Royal Surplus Lines Insurance Company have been consulted and consent to the requested order.

THE DEFENDANT
CANAL INSURANCE COMPANY


BY_____
KAREN L. KARPIE, Esq.
MURPHY and KARPIE, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604
Federal Bar #CT 04269
Tel. 203-333-0177, Fax 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
E-mail:  klkarpie@sbcglobal.net

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on November 16, 2004 to

Joel T. Faxon, Esq.
Stratton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
KAREN L. KARPIE