UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA : | |
|     Plaintiff : | |
| : | |
|     vs : | Case No.: 3-02-CV 1142 (EBB) |
| : | |
| CANAL INSURANCE COMPANY, : | |
| ROYAL INSURANCE COMPANY OF : | |
| AMERICA, ROYAL INDEMNITY : | |
| COMPANY AND ROYAL SURPLUS : | |
| LINES INSURANCE COMPANY : | |
|     Defendants : | November 15, 2004 |

## MOTION TO WITHDRAW

The undersigned hereby moves to withdraw his appearance in this case for the defendant, Canal Insurance Company ("Canal"), for the reason that he is leaving Murphy and Karpie, LLC and Canal desires to be represented in this matter by Attorneys Kevin R. Murphy and Karen L. Karpie of Murphy and Karpie, LLC, both of whom are filing appearances in this matter for Canal.

                                                          THE DEFENDANT
                                                          CANAL INSURANCE COMPANY


                                                          BY_____
                                                          JOHN W. MILLS, Esq.
                                                          MURPHY and KARPIE, LLC
                                                          350 Fairfield Avenue, Suite 408
                                                          Bridgeport, CT 06604
                                                          Federal Bar #CT 11706
                                                          Tel. 203-333-0177, Fax 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
                                                          E-mail: Johnwmills@sbcglobal.net

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on November 15, 2004 to

Joel T. Faxon, Esq.
Stratton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
JOHN W. MILLS