UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He, | : : : : | CIVIL ACTION NO. 3:02 CV 1142 (EBB) |
| vs. | : : : | |
| CANAL INSURANCE COMPANY, et al. | : | NOVEMBER 19, 2004 |

**MOTION AND APPLICATION FOR PREJUDGMENT REMEDY**

Pursuant to Local Rule 4(c) and General Statutes § 52-278c, *et seq.*, the plaintiff moves for a prejudgment remedy against defendant Canal in the amount of the total underlying judgment of $5,700,000. plus applicable post-judgment interest accrued to date on the basis that the plaintiff has established probable cause that he will prevail on his claims and there is no insurance, bond or other assets disclosed to date that have been offered up as security for the future judgment in this case. An affidavit in support of the motion and supporting documentation is filed herewith.

THE PLAINTIFF

By: _____
Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT. 06510
Telephone (203) 624-9500
E-Mail jfaxon@strattonfaxon.com
Federal Juris No. CT 16255

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to:

John W. Dietz, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Karen Karpie, Esq.
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

_____
Joel T. Faxon

2

| NOTICE OF APPLICATION FOR PREJUDGMENT REMEDY/CLAIM FOR HEARING TO CONTEST APPLICATION OR CLAIM EXEMPTION | UNITED STATES DISTRICT COURT |
|---|---|
| JD-CV-53 Rev. 7-01 | DISTRICT OF CONNECTICUT |
| C.G.S. §§ 52-278c et seq | BARBARULA V. CANAL INSURANCE CO. |
| | CASE NO.: 3:02 CV 1142 (EBB) NOV. 19, 2004 |

### SECTION I - CASE INFORMATION (To be completed by Plaintiff/Applicant)

☐ Judicial District  ☐ Housing Session  ☐ G.A. No. ____

**COURT ADDRESS:** U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT

Has a temporary restraining order been requested? ☐ YES ☒ NO

**AMOUNT, LEGAL INTEREST, OR PROPERTY IN DEMAND, EXCLUSIVE OF INTEREST AND COSTS IS** ("X" one of the following)
- ☐ LESS THAN $2500
- ☐ $2500 THROUGH $14,999.99
- ☒ $15,000 OR MORE

**NAME OF CASE** (First-named plaintiff vs. First-named defendant)
BARBARULA V. CANAL INSURANCE CO.

FormFlow.FFBarcode.1 Download Failed

☐ SEE ATTACHED FORM JD-CV-67 FOR CONTINUATION OF PARTIES

("X" if applicable)

**CASE TYPE** (From Judicial Branch code list)  MAJOR:  MINOR:   **NO. COUNTS**

☐ CLAIMING OTHER RELIEF IN ADDITION TO OR IN LIEU OF MONEY DAMAGES

**NAME AND ADDRESS OF PLAINTIFF/APPLICANT** (Person making application for Prejudgment Remedy) (No., street, town and zip code)
MICHAEL BARBARULA, ADMINISTRATOR, C/O STRATTON FAXON, 59 ELM STREET, NEW HAVEN CT 06510

**NAME(S), ADDRESS(ES) AND TELEPHONE NO(S). OF DEFENDANT(S) AGAINST WHOM PREJUDGMENT REMEDY IS SOUGHT** (No., street, town and zip code) (Attach additional sheet if necessary)
CANAL INSURANCE CO., C/O MURPHY AND KARPIE, 350 FAIRFIELD AVE. BPT., CT 06604

**NAME AND ADDRESS OF ANY THIRD PERSON HOLDING PROPERTY OF DEFENDANT WHO IS TO BE MADE A GARNISHEE BY PROCESS PREVENTING DISSIPATION SUCH PROPERTY**

**FOR THE PLAINTIFF(S) ENTER THE APPEARANCE OF:**
NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code)
JOEL T. FAXON STRATTON FAXON, 59 ELM STREET, NEW HAVEN, CT 06510

| TELEPHONE NO. | JURIS NO (If atty or law firm) | SIGNED | DATE SIGNED |
|---|---|---|---|
| 624-9500 | CT16255 | /s/ | 11/19/04 |

### SECTION II - NOTICE TO DEFENDANT

You have rights specified in the Connecticut General Statutes, including Chapter 903a, that you may wish to exercise concerning this application for a prejudgment remedy. These rights include the right to a hearing:

(1) to object to the proposed prejudgment remedy because you have a defense to or set-off against the action or a counterclaim against the plaintiff or because the amount sought in the application for the prejudgment remedy is unreasonably high or because payment of any judgment that may be rendered against you is covered by any insurance that may be available to you;
(2) to request that the plaintiff post a bond in accordance with section 52-278d of the General Statutes to secure you against any damages that may result from the prejudgment remedy;
(3) to request that you be allowed to substitute a bond for the prejudgment remedy sought; and
(4) to show that the property sought to be subjected to the prejudgment remedy is exempt from such a prejudgment remedy.

You may request a hearing to contest the application for a prejudgment remedy, assert any exemption or make a request concerning the posting or substitution of a bond in connection with the prejudgment remedy. **The hearing may be requested by any proper motion or by completing section III below and returning this form to the superior court at the Court Address listed above.**

You have a right to appear and be heard at the hearing on the application to be held at the above court location on:

| DATE | TIME | COURTROOM |
|---|---|---|
| | M. | |

### SECTION III - DEFENDANT'S CLAIM AND REQUEST FOR HEARING (To be completed by Defendant)

I, the defendant named below, request a hearing to contest the application for prejudgment remedy, claim an exemption or request the posting or substitution of a bond. I claim: ("X" the appropriate boxes)

☐ that the amount sought in the application for prejudgment remedy is unreasonably high.
☐ a defense, counterclaim, set-off, or exemption.
☐ that any judgment that may be rendered is adequately secured by insurance.
☐ that I be allowed to substitute a bond for the prejudgment remedy.
☐ that the plaintiff be required to post a bond to secure me against any damages that may result from the prejudgment remedy.

FormFlow.FFBarcode.1 Download Failed

**FOR COURT USE ONLY**

I certify that a copy of the above claim was mailed/delivered to the Plaintiff or the Plaintiff's attorney on the Date Mailed/Delivered shown below.

| DATE COPY(IES) MAILED/DELIVERED | SIGNED (Defendant) | DATE SIGNED |
|---|---|---|
| | | |

| TYPE OR PRINT NAME AND ADDRESS OF DEFENDANT | DOCKET NO PJR CV |
|---|---|

| NAME OF EACH PARTY SERVED* | ADDRESS AT WHICH SERVICE WAS MADE* |
|---|---|

*If necessary, attach additional sheet with names of each party served and the address at which service was made.