UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BARBARULA,<br>Administrator of the Estate of<br>Jing Xian He, | CIVIL ACTION NO.<br>3:02 CV 1142 (EBB) |
| v. | |
| CANAL INSURANCE COMPANY, et al. | NOVEMBER 19, 2004 |

## SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION FOR APPLICATION FOR PREJUDGMENT REMEDY

The undersigned represents that:

1. I am over the age of 18 and believe in the obligations of an oath. I make the following statements based on the best information and belief available to me.

2. At the Declaratory Judgment trial before the Honorable Jon Blue, a pretrial was conducted before the Honorable Linda Lager at which time Canal offered $500,000 to settle the case and the plaintiff demanded $650,000. At that time plaintiff's counsel warned Canal that the judgment in the case would equal or exceed $3,000,000 after trial of the case.

3. Despite these warnings Canal would not offer the $650,000 to settle the underlying case against the tortfeasors.

_____
Joel T. Faxon

Subscribed and sworn to before me
This 19th day of November, 2004.

_____
Notary Public
My Commission Expires: 8/31/06

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this day to:

John W. Dietz, Esq.
Halloran & Sage
315 Post Road West
Westport, CT 06880

Karen Karpie, Esq.
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

_____
Joel T. Faxon