UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 13 P 1:55
U.S. DISTRICT COURT
NEW HAVEN, CT

MICHAEL BARBARULA,
Administrator of the Estate
of Jing Xian He,
              Plaintiff

v.                    3:02-CV-1142 (EBB)

CANAL INSURANCE COMPANY,
              Defendant

## ORDER

On or before January 24, 2005, Defendant shall produce, for *in camera* review, the documents listed in its February, 2004, privilege log, attached as Exhibit A to Defendant's Memorandum In Opposition to Plaintiff's Motion to Compel (February 5, 2004; Doc. No. 70).

SO ORDERED

ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 12 day of January, 2005.