## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BARBARULA, Administrator of the Estate of Jing Xian He, | : CIVIL ACTION NO. <br> : 3:02 CV 1142 (EBB) |
| vs. | |
| CANAL INSURANCE COMPANY, et al. | : JANUARY 19, 2005 |

### AFFIDAVIT RE: ATTEMPT TO RESOLVE OBJECTIONS TO INTERROGATORIES AND REQUESTS FOR PRODUCTION DATED DECEMBER 16, 2004

The undersigned represents that:

1. I am over the age of eighteen (18) years and I understand the obligations of an oath.

2. I am counsel to the plaintiff in the above-captioned matter.

3. On December 16, 2004, the plaintiff caused to be served on the defendant, Canal Insurance Co. ("Canal"), interrogatories and requests for production.

4. On January 14, 2005, Canal objected to plaintiff's supplemental interrogatories and requests for production. See Exhibit A attached to the Memorandum of Law.

5. On January 17, 2005, the undersigned sent an e-mail to defense counsel indicating that specific information sought in the plaintiff's interrogatories and requests for production were discoverable under the Federal Rules and a motion to compel would be filed with the Court unless some discovery was forthcoming. See Exhibit B (attached hereto).

6.  Canal has not provided the plaintiff with any discovery or with a privilege log in accordance with the Local Rules.

7.  Court intervention is required to resolve this dispute since the Plaintiff made a good faith effort to obtain the information without the assistance of the court.

_____
Joel T. Faxon

Subscribed and sworn to before me
This 19th day of January, 2005.

_____
Notary Public
My Commission Expires:

**JASON K. GAMSBY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES APR. 30, 2009