*Exhibit B*

```
-----Original Message-----
From: Faxon, Joel
To: 'klkarpie@sbcglobal.net'
Cc: Faxon, Joel
Sent: 1/17/2005 8:54 PM
Subject: Barbarula
```

Karen, I have your objections and will work to resolve them in accordance with the local rules.  I will narrow my requests to the
following:  Interrogatories 1,2,4,5; Production Requests 1,2,3,15,16,
17, 18, and 19.   If you wish to continue your objections please let me
know.  I plan to move to extend discovery until the end of July.  Any objection to that?  If the discovery is extended (which I am sure it will be given the posture of the case) do you stand by all of your objections?  Please respond to me on tuesday since I want to get the motion to compel in on Wed. so it can be considered in connection with the other motion to compel that the court has under consideration. Regards, Joel.

Joel T. Faxon
STRATTON FAXON
59 Elm Street
New Haven, CT 06510
t(203)624-9500
f(203)624-9100
www.strattonfaxon.com

1