UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He | CIVIL ACTION NO. 3:02 CV 1142 (EBB) |
| vs. | |
| CANAL INSURANCE COMPANY, et al. | JANUARY 19, 2005 |

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Local Rule 7(b), the plaintiff moves the Court for an extension of time of until July 31, 2005, within which to complete discovery in this case. The original operative scheduling order had expired during 2003, however, an extension is necessary to complete discovery regarding the bad faith claims. The undersigned has contacted defense counsel for Canal regarding this extension and there has been no response. This is the plaintiff's first motion to extend the scheduling order since the Honorable Court, Burns, D.J., was assigned the case.

THE PLAINTIFFS

By_____
Joel T. Faxon, Esq.    CT16255
Stratton Faxon
59 Elm Street, Suite 315
New Haven, CT 06510
Telephone: (203) 624-9500
Fax: (203) 624-9100
jfaxon@strattonfaxon.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this date to all parties:

John W. Dietz, Esquire
Halloran & Sage
315 Post Road West
Westport, CT 06880

Karen Karpie, Esquire
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

_____
Joel T. Faxon