FILED

2005 JAN 21  A 8: 42

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| MICHAEL BARBARULA, Administrator of the Estate of Jing Xian He, | CIVIL ACTION NO. 3:02 CV 1142 (EBB) |
| vs. | |
| CANAL INSURANCE COMPANY, et al. | JANUARY 19, 2005 |

### PLAINTIFF'S MOTION TO COMPEL

The plaintiff, Michael Barbarula, Administrator of the Estate of Jing Xian He, moves the court, pursuant to Fed. R. Civ. P. 37 and D. Conn. L. Civ. R. 7(a)(1) and 37(a)(3), for an order compelling the defendant, Canal Insurance Co. ("Canal") to produce certain documents related to the handling of the claim in this case, specifically Interrogatories 1, 2, 4, 5, and Requests for Production 1, 2, 3, 15, 16, 17, 18 and 19, all of which have been objected to by Canal. The plaintiff requests that the court overrule the objections and order Canal to produce the documents. A good faith affidavit, pursuant to D. Conn. L. Civ. R. 37(a)(2) and a Memorandum of Law in accordance with D. Conn. L. Civ. R. 37(a)(3) are filed herewith.

WHEREFORE the plaintiff requests the court to grant this motion.

THE PLAINTIFF

By: _____
Joel T. Faxon CT 16255
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Telephone (203) 624-9500
Fax (203) 624-9100
E-Mail jfaxon@strattonfaxon.com

1

## CERTIFICATION OF SERVICE

This is to certify that on this date, a copy of the foregoing was mailed, postage prepaid, to all counsel and parties of record as follows:

Karen L. Karpie, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suit 408
Bridgeport, CT 06604

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

                                                _____
                                                Joel T. Faxon