UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA,<br>Administrator of the Estate of<br>Jing Xian He,<br><br>        Plaintiff,<br>VS.<br><br>CANAL INSURANCE COMPANY,<br>ROYAL INSURANCE COMPANY OF AMERICA,<br>ROYAL INDEMNITY COMPANY and<br>ROYAL SURPLUS LINES INSURANCE<br>COMPANY,<br><br>        Defendants. | CIVIL ACTION NO.<br>3:02 CV 1142 (EBB)<br><br><br><br><br><br><br><br><br><br>FEBRUARY 4, 2005 |

## STIPULATION OF VOLUNTARY DISMISSAL, F.R. Civ.Pro.41(a)

The Plaintiff, MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He, and the undersigned defendants, ROYAL INSURANCE COMPANY OF AMERICA, ROYAL INDEMNITY COMPANY and ROYAL SURPLUS LINES INSURANCE COMPANY, hereby stipulate to a voluntary dismissal of all claims and causes of action in the above-captioned matter, with prejudice.

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

Stipulation of Dismissal, cont.

| Plaintiff,<br>Micahel Jon Barbarula, Adminsitrator | Defendants,<br>Royal Ins. Co. of America<br>Royal Indemnity Co.<br>Royal Surplus Lines Ins. Co. |
|---|---|
| By: _____<br>Joel Faxon, Esq.<br>Federal bar #ct16255<br>Stratton Faxon<br>59 Elm Street<br>New Haven, CT 06510<br>(203) 624-9500 | By: _____<br>John W. Dietz, Esq.<br>Federal bar #ct13432<br>Halloran & Sage, LLP<br>315 Post Road West<br>Westport, CT 06880<br>(203) 227-2855 |

315 Post Road West
Westport, CT 06880

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No 412195

## CERTIFICATION OF SERVICE

This is to certify that on this \_\_\_4\_\_\_ day of February, 2005, a copy of the foregoing was either mailed, postpaid, or hand-delivered to all counsel and pro se parties of record as follows:

Michael Jon Barbarula, Administrator
of the Estate of Jian Xian He, c/o:

Michael Stratton, Esq.
Joel T. Faxon, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

defendant, Canal Insurance Company, c/o:

Attorney Karen L. Karpie
Murphy & Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

Defendants,
Royal Ins. Co. of America
Royal Indemnity Co.
Royal Surplus Lines Ins. Co. c/o:

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880-4739

*/s/ Joel T. Faxon*

315 Post Road West
Westport, CT 06880

3

HALLORAN
& SAGE LLP

Phone (203) 227-2855
Fax (203) 227-6992
Juris No. 412195