

## CANAL INSURANCE COMPANY
Greenville, SC



**A+**



**Directors:** Charles M. Timmons, Jr., William R. Timmons, Jr. (chairman), William R. Timmons III.

### TERRITORY
The company is licensed in DC, AL, AZ, AR, CA, CO, CT, DE, FL, GA, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NM, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY.

### Balance Sheet
**Admitted Assets ($000)**

| | 12/31/2003 | % |
|---|---|---|
| Bonds | $555,324 | 56.6 |
| Preferred stock | 6,964 | 0.7 |
| Common stock | 237,627 | 24.2 |
| Cash & short-term invest | 63,431 | 6.5 |
| Real estate, investment | 556 | 0.1 |
| Other non-affil inv asset | 403 | 0.0 |
| Investments in affiliates | 32,889 | 3.4 |
| Total invested assets | $897,195 | 91.5 |
| Premium balances | 52,504 | 5.4 |
| Accrued interest | 7,610 | 0.8 |
| All other assets | 23,407 | 2.4 |
| Total assets | $980,717 | 100.0 |

**Liabilities & Surplus ($000)**

| | | |
|---|---|---|
| Loss & LAE reserves | $299,548 | 30.5 |
| Unearned premiums | 194,477 | 19.8 |
| Conditional reserve funds | 2,079 | 0.2 |
| All other liabilities | 36,865 | 3.8 |
| Total liabilities | $532,968 | 54.3 |
| Capital & assigned surplus | 105,466 | 10.8 |
| Unassigned surplus | 342,282 | 34.9 |
| Total policyholders' surplus | $447,748 | 45.7 |
| Total liabilities & surplus | $980,717 | 100.0 |

### Why is this Best's® Rating Report important to you?

A Rating Report from the A.M. Best Company represents an independent opinion from the leading provider of insurer ratings of a company's financial strength and ability to meet its obligations to policyholders.

The A.M. Best Company is the oldest, most experienced rating agency in the world and has been reporting on the financial condition of insurance companies since 1899. Best's Ratings represent the current and independent opinion of a company's financial strength and ability to meet obligations to policyholders. Best's Ratings are **not a warranty** of an insurer's current or future ability to meet obligations to policyholders, nor are they a recommendation of a specific policy form, contract, rate, or claim practice.

The company information appearing in this pamphlet is an extract from the complete company report prepared by the A.M. Best Company.

A Best's Rating is assigned after an extensive quantitative and qualitative evaluation of a company's financial strength, operating performance and market profile.

Best's Ratings are assigned according to the following scale:

**Secure Best's Ratings**

| | |
|---|---|
| A++ and A+ | Superior |
| A and A- | Excellent |
| B++ and B+ | Very Good |

**Vulnerable Best's Ratings**

| | |
|---|---|
| B and B- | Fair |
| C++ and C+ | Marginal |
| C and C- | Weak |
| D | Poor |
| E | Under Regulatory Supervision |
| F | In Liquidation |
| S | Rating Suspended |

For the latest Best's Ratings and Best's Company Reports visit the A.M. Best web site at www.ambest.com. You may also obtain Best's Company Reports by calling our Customer Service department at +1-908-439-2200, ext. 5742. To expedite your request, please provide the company's identification number (AMB #).

© 2004 A.M. Best Company, Oldwick, NJ 08858

Printed May 14, 2004

Canal Group

## CANAL INSURANCE COMPANY
Mail: P.O. Box 7, Greenville, SC 29602
Web: www.canal-ins.com

Tel: 864-242-5365    Fax: 864-679-2536
AMB#: 00234    NAIC#: 10464

### BEST'S RATING
Based on our opinion of the consolidated Financial Strength of the company and its insurance subsidiaries, the company is assigned a Best's Rating of A+ (Superior). The company's Financial Size Category is Class IX.

### RATING RATIONALE
The following text is derived from the report of Canal Group.

Rating Rationale: The rating reflects the group's superior level of capitalization, excellent operating performance and strong liquidity position. These strengths are partially offset by the group's above-average investment leverage, limited scope of business, evidenced by its concentration in commercial automobile business, and modest fluctuation in the 2001 accident year loss reserve development. Nevertheless, given the group's consistently strong capitalization, stemming from its long-term operating profitability, and the sustainability of these attributes in its competitive market, the rating outlook is viewed as stable.

The positive rating factors are derived from the group's historically conservative underwriting and reserving practices combined with its well established market presence in providing long to intermediate haul commercial trucking coverage predominantly in the Southeast and Southwest regions. As a result, the group has reported solid operating earnings driven by generally favorable underwriting results and solid net investment income generation on its growing asset base. The rating also recognizes the group's strong agency relationships with independent agents that specialize in the commercial trucking business. The group's strategy is centered around strengthening its position in its existing market, while evaluating new lines of business to determine if they fit with its business plan. As such, management has focused its expansion efforts on smaller commercial automobile accounts, supplemental commercial auto coverage and continued growth in general liability and workers' compensation coverage. At the same time, pricing improvements in the commercial trucking marketplace have presented the group with an opportunity to expand its total premium base.

Relative to total invested assets and policyholder surplus, common stock investments represent approximately 25% and 50%, respectively, which exposes the group's surplus to fluctuating equity market values as evidenced by the variation in realized and unrealized capital gains and losses in the past five years. However, profitable operating earnings have large-ly offset the aforementioned capital losses resulting in only a modest impact on the group's surplus base and overall level of capitalization. Additionally, the concentration in the commercial automobile segment is partially mitigated by the group's recent expansion efforts as well as management's extensive experience within the commercial automobile market. The group's experience on its expanded lines, while providing added diversification benefit, have exhibited fluctuations in loss reserve development. However the long-term profitability of the core commercial automobile line has more than offset variability in its non-core lines.

### KEY FINANCIAL INDICATORS ($000)

| Year | Net Premiums Written | Pretax Operating Income | Total Admitted Assets | Policyholders' Surplus | Comb. Ratio |
|---|---|---|---|---|---|
| 1999 | 136,365 | 24,928 | 592,900 | 392,034 | 99.3 |
| 2000 | 162,565 | 25,178 | 612,032 | 400,957 | 97.9 |
| 2001 | 240,475 | 20,988 | 688,535 | 388,713 | 96.0 |
| 2002 | 353,459 | 26,994 | 775,742 | 385,296 | 95.4 |
| 2003 | 433,298 | 29,506 | 980,717 | 447,748 | 96.7 |

### BUSINESS REVIEW
The following text is derived from the report of Canal Group.

The Canal Group specializes in providing commercial automobile coverage, including both liability and physical damage insurance, which is produced through independent agents as well as general agents. A significantly large percentage of total premium production represents motor vehicle lines, predominantly coverage on local and long haul trucks, and to a lesser degree, taxicabs and special automobile risks. The group's target market has traditionally been owners / operators and small fleets; typical units per policy for its core book is about one to two vehicles. The group writes larger fleets, however, to a lesser extent.

The Canal Group has grown to become one of the two hundred largest property and casualty insurers in the United States with a significant market presence in the Southeast. Management's strategy is centered around strengthening the company's position in its existing markets through supplemental commercial automobile coverage, such as physical damage, motor truck cargo and general liability. In recent years the group has begun to provide workers' compensation coverage to policyholders of three former self insured funds that made the decision to acquire their coverage in the traditional insurance market. The company began writing general liability coverage in 2000, and recently increased the proportionate share of this book of business. General liability coverage is offered primarily to general contractors and subcontractors, with a smaller portion dedicated to serving small main street risks. General liability is written through both independent agents, as well as one general agent. Management continues to evaluate other commercial lines to determine their earnings potential as well as their strategic fit within the group's existing business strategies.

The group is comprised of two property and casualty insurers, Canal Insurance Company and its wholly owned subsidiary, Canal Indemnity Company. The parent company, Canal Insurance Company, is a privately held organization. These companies were formed by the principals of the Wm. R. Timmons Agency, LLC, an affiliated agency owned by three principal stockholders of Canal Insurance Company, for the purpose of providing a stable market for the agency's business.

### 2003 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written—Direct | Premiums Written—Net | % of Total NPW | Total Loss Ratio | Pure Loss & LAE Res. |
|---|---|---|---|---|---|
| Comm'l Auto Liab .... | 237,645 | 270,726 | 62.5 | 62.8 | 252,225 |
| Auto Physical ........ | 67,479 | 81,791 | 18.9 | 51.5 | 7,836 |
| Inland Marine ........ | 33,784 | 38,892 | 9.0 | 39.2 | 9,358 |
| Oth Liab Occur ...... | 578 | 36,477 | 8.4 | 30.9 | 17,374 |
| Workers' Comp ...... | 25,711 | 5,116 | 1.2 | 83.2 | 12,659 |
| All Other ........... | ... | 296 | 0.1 | 36.4 | 96 |
| Totals ......... | 365,196 | 433,298 | 100.0 | 56.1 | 299,548 |

### HISTORY
This company was incorporated February 27, 1939 under the laws of South Carolina and began business in March of the same year. Prior to 1942, operations were confined to the underwriting of automobile finance business developed by the sponsors.

Capital paid up is $15,000,000, consisting of 150,000,000 shares of no par common stock. The company has 600,000,000 authorized shares. All of the outstanding capital stock is owned by the directors of the company and their families.

### MANAGEMENT
Administration of the company's affairs is under the direction of Charles M. Timmons, Jr., president and chief executive officer, who was named to his current post in October 1998.

Officers: Chairman of the board, William R. Timmons, Jr.; president and chief executive officer, Charles M. Timmons, Jr.; executive vice president, Kirk A. Goeldner; senior vice president, secretary and treasurer, William R. Timmons III (investments); senior vice presidents, W. Carleton Dunn (legal services), Doris W. Hunt (underwriting), Francis M. Timmons, Jr. (claims); vice president and controller, C. Douglas McDaniel; vice presidents, Adrian E. Brown (information technology), G. Andy Hook (claims), William R. Moore, Allen W. Timmons (accounting), Neill M. Timmons (claims), Steven J. Timmons, Daniel L. Walker (claims), John D. Wood.