```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


MICHAEL BARBARULA,              :
Administrator of the Estate     :
of Jing Xian He,                :
              Plaintiff         :                         :
                                :
       v.                       :   3:02-CV-1142 (EBB)
                                :
                                :
CANAL INSURANCE COMPANY,        :
              Defendant         :
```

**ORDER**

After thorough review, the Court holds that the following documents do not fall within the purview of any privilege and are hereby ORDERED to be produced to Plaintiff on or before May 6, 2005.

Inasmuch as Defendant failed to number or bates stamp each document, it was necessary for the Court to provide numbered identification on its own. The documents, then, are numbered in sequential order, Doc. Nos. 1-115. The documents which are to be produced are numbers:

```
    1    2    4    5    6    7    8   10   14   17   18   19
   28   29   30   43   45   46   50   51   53   58   59   61
   66   67   68   71   72   75   79   81   82   84   85   87
   88   89   92   93   94   95   96  100  102  108  109  112
  113  114
```

1

SO ORDERED

_____

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

DISTRICT OF CONNECTICUT

Dated at New Haven, Connecticut this ___ day of April, 2005.