UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BARBARULA, : <br> Administrator of the Estate : <br> of Jing Xian He, : <br>       Plaintiff : <br> : <br> : <br>       v. : <br> : <br> : <br> CANAL INSURANCE COMPANY, : <br> ROYAL INSURANCE COMPANY OF : <br> AMERICA, : <br>       Defendants : | 3:02-CV-1142 (EBB) |

## AMENDED ORDER

The production of non-privileged documents, due this date, shall also include document No. 70.

SO ORDERED

_____

ELLEN BREE BURNS

SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this ___ day of May, 2005.