UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA | : | |
|    Plaintiff | : | |
| | : | |
|    vs | : | Case No.: 3-02-CV 1142 |
| | : | (JCH) |
| CANAL INSURANCE COMPANY, | : | |
| ROYAL INSURANCE COMPANY OF | : | |
| AMERICA, ROYAL INDEMNITY | : | |
| COMPANY AND ROYAL SURPLUS | : | |
| LINES INSURANCE COMPANY | : | |
|    Defendants | : | June 23, 2005 |

## AMENDED ANSWER AND SPECIAL DEFENSES BY CONSENT

The defendant Canal Insurance Company hereby files the attached Amended Answer & Special Defenses, with the signed consent of the plaintiff.

The amendment adds a special defense of advice of counsel/routine handling.

                THE DEFENDANT
                CANAL INSURANCE COMPANY

                BY_____
                KAREN L. KARPIE #ct 04269
                MURPHY and KARPIE, LLC
                350 Fairfield Avenue, Suite 408
                Bridgeport, CT 06604
                Tel. 203-333-0177
                Fax 203-333-8475
                E-mail Klkarpie@sbcglobal.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on June 23, 2005 to

Joel T. Faxon, Esq.
Stratton Faxon
59 Elm St.
New Haven CT 06510

John W. Dietz, Esq.
Halloran & Sage, LLP
315 Post Road West
Westport, CT 06880

_____
KAREN L. KARPIE