UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, | : | CIVIL ACTION NO. |
| Administrator of the Estate of | : | 3:02 CV 1142 (EBB) |
| Jing Xian He | : | |
| | : | |
| vs. | : | |
| | : | |
| CANAL INSURANCE COMPANY, et al. | : | AUGUST 1, 2005 |

**<u>AGREED SECOND MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY</u>**

Pursuant to Local Rule 7(b), the plaintiff moves the Court for an extension of time until November 1, 2005, within which to complete discovery in this case.  The original operative scheduling order had expired during 2003, however, a second extension was necessary to complete discovery regarding the bad faith claims.  The court permitted until August 31, 2005 to complete discovery.  Since the extension counsel have worked to exchange voluminous documents and conduct deposition testimony.  Unfortunately, however, the president of the Canal Insurance Co has taken an emergency leave from his employment due to the recent death of his son and is not available at this time for his deposition.  The deposition is necessary to provide information to the plaintiff's experts to prepare their reports.  The undersigned has contacted defense counsel for Canal regarding this extension and she consents to this motion. This is the plaintiff's second motion to extend the scheduling order since the Honorable Court, Burns, D.J., was assigned the case.

THE PLAINTIFF


By_____
    Joel T. Faxon, Esq.        CT16255
    Stratton Faxon
    59 Elm Street, Suite 315
    New Haven, CT  06510
    Telephone:  (203) 624-9500
    Fax:  (203) 624-9100
    jfaxon@strattonfaxon.com


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on this date to all parties:

Karen Karpie, Esquire
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604




_____
Joel T. Faxon