UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA : | |
|    Plaintiff : | |
| : | |
| vs : | Case No.: 3-02-CV 1142 (EBB) |
| : | |
| CANAL INSURANCE COMPANY, : | |
| ROYAL INSURANCE COMPANY OF : | |
| AMERICA, ROYAL INDEMNITY : | |
| COMPANY AND ROYAL SURPLUS : | |
| LINES INSURANCE COMPANY : | |
|    Defendants : | September 27, 2005 |

## MOTION FOR EXTENSION OF TIME

The defendant Canal Insurance Company respectfully moves the Court for an extension of time of 30 days, until **December 1, 2005,** within which to complete discovery regarding the issue of alleged bad faith. Said extension is necessary in order to complete discovery, namely for the plaintiff to depose Mac Timmons of Canal, and for both parties to disclose and depose experts regarding the bad faith claim. Although the parties have begun conducting discovery on the issue of bad faith, very serious personal problems of both a witness and the undersigned counsel have interfered with the completion of discovery.

Counsel for the plaintiff has been consulted and there is **no** objection to this extension. The undersigned believes that at least two extensions of time were previously granted.

Wherefore, the defendant Canal Insurance respectfully requests that the Court grant this motion for extension of time.

                THE DEFENDANT
                CANAL INSURANCE COMPANY

                BY_____
                KAREN L. KARPIE, Esq.
                MURPHY and KARPIE, LLC
                350 Fairfield Avenue, Suite 408
                Bridgeport, CT 06604
                Federal Bar #CT 04269
                Tel. 203-333-0177, Fax 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
                E-mail: klkarpie@sbcglobal.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on September 27, 2005 to the following counsel of record:

Joel T. Faxon, Esq.
Michael Stratton
Stratton Faxon
59 Elm St.
New Haven CT 06510
Phone: 203-624-9500
Email: jfaxon@strattonfaxon.com

_____
KAREN L. KARPIE