UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL JON BARBARULA : | |
|     Plaintiff : | |
| : | |
| vs : | Case No.: 3-02-CV 1142 (EBB) |
| : | |
| CANAL INSURANCE COMPANY, : | |
| ROYAL INSURANCE COMPANY OF : | |
| AMERICA, ROYAL INDEMNITY : | |
| COMPANY AND ROYAL SURPLUS : | |
| LINES INSURANCE COMPANY : | |
|     Defendants : | November 23, 2005 |

**MOTION FOR EXTENSION OF TIME**

The defendant Canal Insurance Company respectfully moves the Court for an extension of time of 60 days, until **February 1, 2006,** within which to complete discovery regarding the issue of alleged bad faith. Said extension is necessary in order to complete discovery. The parties have been diligently conducting discovery on this issue, which has been delayed due to personal problems and health issues. Most recently, the plaintiff deposed Mac Timmons, Canal's representative, on November 3, 2005, and on November 11, 2005, the plaintiff disclosed Tim Ryles as his bad faith expert. The defendant deposed Tim Ryles on November 22, 2005. The defendant now needs additional time to retain and disclose its expert(s), and the plaintiff needs additional time to depose the expert(s).

Counsel for the plaintiff has been consulted and there is **no** objection to this extension. The undersigned believes that at least three extensions of time were previously granted.

Wherefore, the defendant Canal Insurance respectfully requests that the Court grant this motion for extension of time.

        THE DEFENDANT
        CANAL INSURANCE COMPANY


        BY_____
        KAREN L. KARPIE, Esq.
        MURPHY and KARPIE, LLC
        350 Fairfield Avenue, Suite 408
        Bridgeport, CT 06604
        Federal Bar #CT 04269
        Tel. 203-333-0177, Fax 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
        E-mail: klkarpie@sbcglobal.net

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid on November 23, 2005 to the following counsel of record:

Joel T. Faxon, Esq.
Michael Stratton
Stratton Faxon
59 Elm St.
New Haven CT 06510
Phone: 203-624-9500
Email: jfaxon@strattonfaxon.com

Clerk's Office
United States District Court
141 Church Street
New Haven, CT 06510

_____
KAREN L. KARPIE