INSUREDS

## NOTICE OF CANCELLATION

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |
| Name and Address of Insured | BARBARA HANIEWSKI<br>DBA SALGUAD WAREHOUSE & TRANSPORT<br>35 CAPITOL DR<br>WALLINGFORD, CT 06492 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 309923 |
| Cancellation will take effect at: | |
| 9/12/96 (Date) | 12:01 A.M. (Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 8/8/96 |
| Issued through Agency or Office at: | GREENVILLE, S.C. |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION: INSURED'S REQUEST - NONPAYMENT

IMPORTANT NOTICES:

PLAINTIFF'S EXHIBIT
3.B