# Stratton Faxon

Connecticut's Firm for Trial Law

Joel T Faxon
jfaxon@strattonfaxon.com

EXHIBIT (2A) TO BE HAND DELIVERED TO FEDERAL COURT 7/10/06 –
SYSTEM IS NOT ACCEPTING SIZE OF DOC.