AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF CT

Burbank v. Casual Ins.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv1142

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ellen Burns | Joel Faxon | Karen Karpie |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/13/06 | Falzarano | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 7/13/06 | ✓ | ✓ | Offer of Judgment re: underlying action |