UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, Administrator | : | CIVIL ACTION NO. |
| of the Estate of Jing Xian He | : | 3:02cv1142(EBB) |
| vs. | : | |
| CANAL INSURANCE COMPANY, ET AL | : | JULY 24, 2006 |

### MOTION TO AMEND COMPLAINT

The Plaintiff moves the court to amend his complaint, in accordance with Fed.R.Civ.P.15(a). This Complaint shall be designated as the Operative Complaint in this matter for trial purposes. The Complaint is filed as a housekeeping matter and adds no new allegations.

WHEREFORE the plaintiff requests that the Amended Complaint be allowed.

THE PLAINTIFF,

By *(signature)* Joel T. Faxon
JOEL T. FAXON
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@strattonfaxon.com
Federal Bar No.: ct 16255

## CERTIFICATION

The foregoing Motion to Amend Complaint was served on this date to the following:

Karen Karpie, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

_____
JOEL T. FAXON