UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL JON BARBARULA :
    Plaintiff :
     :
vs : Case No.: 3-02-CV 1142 (EBB)
     :
CANAL INSURANCE COMPANY, : August 4, 2006
    Defendant :

## DEFENDANT'S PROPOSED VOIR DIRE

1. Please raise your hand if you or a family member is now or has ever been a party to a lawsuit. If so, when did this occur? Were you the plaintiff or defendant? Very briefly, what type of case was it? Was the claim resolved? Was it resolved to your satisfaction?

2. Please raise your hand if you or any family member has ever made or filed a claim against an insurance company for any reason. If so, when did this occur? Very briefly, what kind of claim was it? How was claim resolved? Was the claim resolved to your satisfaction?

3. Raise your hand if you or any family member has ever made or filed a claim for workers compensation benefits or disability benefits? If so, when? How was the claim resolved? Was the claim resolved to your satisfaction?

4. Raise your hand if you believe that just because a person brings a lawsuit, that the person is automatically entitled to receive money damages.

5.  Raise your hand if you believe you would be unable to make a decision that the person bringing a lawsuit should receive no money.

6.  Raise your hand if you believe it would be extremely difficult for you to make a decision that the person bringing the lawsuit should receive no money.

7.  Raise your hand if you presume that the plaintiff in this case really must have a valid and good claim or else he would not have brought the lawsuit. If you raised your hand, do you mean you already decided that the plaintiff should win? Do you agree that both sides are on equal footing in your mind and you have to hear the evidence to decide the case?

8.  Raise your hand if you believe that just because a person retains a lawyer, files a lawsuit and goes through a trial, that the person should get at least some money.

9.  Raise your hand if you, any family member or close friend have ever had any problems or disagreements dealing with an insurance company, including automobile insurers, homeowner's insurer, health insurance companies, etc. If so, when did the problem occur? Very briefly, what was the problem? Was the problem resolved? Was it resolved to your satisfaction?

10. Raise your hand if you have ever had a policy of insurance cancelled by an insurance company. If so, state when. Why was the policy cancelled? Did you feel that the action of the insurance company was improper in any way?

11. Raise your hand if you feel that you, yourself, were ever treated unfairly by an insurance company. If so, when? Very briefly, what were the circumstances? Was the matter resolved? Was it resolved to your satisfaction?

12. Raise your hand if your feel that any family member or close friend were ever treated unfairly by an insurance company. If so, when? What were the circumstances? Was the matter resolved? Was it resolved satisfactorily to that family member or friend? Did you feel the resolution was satisfactory?

13. Raise your hand if you have any negative feelings whatsoever about insurance companies in general.

14. Raise your hand if you believe that insurance companies should always pay whenever a claim is presented to the insurance company.

15. Raise your hand if you believe that insurance companies do not have the right to deny a claim.

16. Raise your hand if you think you might hold it against an insurance company for contesting a claim in court.

17. Raise your hand if you believe when a judge issues a decision, the judge is always right and could never be wrong.

18. Raise your hand if any family member or close friend has been killed or seriously injured in a motor vehicle accident. If so, when did that occur? Do you know

whether a claim was brought, and if so, was it resolved? If resolved, was it resolved to your satisfaction?

19. Raise your hand if you believe that a corporation which is a party to a lawsuit should be treated any differently than an individual person who is a party to a lawsuit.

20. Raise your hand if you believe that when a person or company is sued, that person or company has a right to defend himself or the company in court.

21. Raise your hand if you would hold it against a party for contesting or defending against a lawsuit in court.

THE DEFENDANT
CANAL INSURANCE COMPANY

BY /s/ Karen L. Karpie
KAREN L. KARPIE, Esq.
MURPHY and KARPIE, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604
Federal Bar #CT 04269
Tel. 203-333-0177, Fax 203-333-8475
E-mail: klkarpie@sbcglobal.net

## CERTIFICATION

This is to certify that a copy of the foregoing has been e-mailed on August 4, 2006 to:

Joel T. Faxon, Esq.
Stratton Faxon
59 Elm St.
New Haven CT 06510

_____
KAREN L. KARPIE