UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, Administrator | : | CIVIL ACTION NO. |
| of the Estate of Jing Xian He | : | 3:02cv1142(EBB) |
| vs. | : | |
| | : | |
| CANAL INSURANCE COMPANY, ET AL | : | AUGUST 4, 2006 |

## MOTION *IN LIMINE*

The Plaintiff moves the court, pursuant to Fed. R. Evid. 402 & 702, to preclude as irrelevant and not helpful to the jury, the testimony of defendants' experts John Fristoe and William Wall, and documentary evidence and testimony concerning the defense that the notice of cancellation required by the MCS-90 endorsement need not be sent to the ICC or its successor organization the STB (or DOT). The motion is based on this court's Ruling and the prior ruling of Judge Levin, Exhibit 9, that the notice was required as a matter of law to properly cancel the MCS-90 Endorsement and Policy in accordance with federal law.

A memorandum of law is filed in support of this motion.

THE PLAINTIFF,

By _____
JOEL T. FAXON
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT  06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@strattonfaxon.com
Federal Bar No.: ct 16255

## CERTIFICATION

The foregoing Motion to Amend Complaint was served on this date to the following:

Karen Karpie, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

---
JOEL T. FAXON