**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

MICHAEL JON BARBARULA, Administrator     :     CIVIL ACTION NO.
of the Estate of Jing Xian He     :     3:02cv1142(EBB)

VS.     :
    :

CANAL INSURANCE COMPANY, ET AL     :     AUGUST 4, 2006

## <u>MOTION FOR PARTIAL RECONSIDERATION REGARDING JUDGMENT INTEREST</u>

The Plaintiff moves the court, pursuant to Local Rule 7(c)(1), for partial

reconsideration of its ruling on the interest accruing from the date of the judgment

in the underlying case to the present. Plaintiff believes, based on the court's

Ruling (Doc. # 136) that since the $1 million was due and owing under the MCS-

90 endorsement, at the latest, as of the date that judgment was entered, April 24,

2002, that interest from that time to the present should be awarded by the court

due to Canal's continued "obstinate" failure to pay the monies due. Therefore,

the interest is not really "post-judgment interest" as characterized by the court at

page 16 of the court's Ruling dated August 3, 2006 (Doc. # 136), but rather

prejudgment interest in this action for monies wrongfully withheld under General

Statutes § 37-3a. Accordingly, additional interest should be awarded. A

memorandum of law pursuant to Local Rule 7(c)(1) is filed herewith.

WHEREFORE the plaintiff requests that the court recomputed the interest

due.

THE PLAINTIFF,

By _____

JOEL T. FAXON
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT  06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@strattonfaxon.com
Federal Bar No.: ct 16255

## CERTIFICATION

The foregoing Motion to Amend Complaint was served on this date to the

following:

Karen Karpie, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

_____
JOEL T. FAXON

2