UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, Administrator<br>of the Estate of Jing Xian He | : | CIVIL ACTION NO.<br>3:02cv1142(EBB) |
| vs. | : | |
| CANAL INSURANCE COMPANY, ET AL | : | AUGUST 4, 2006 |

### PLAINTIFF'S VOIR DIRE QUESTIONS

1. Have you or has anyone close to you ever worked in the insurance industry - in any capacity? This would include sales, claims adjusting, office work, administration, or any type of work for an insurance company. (If yes, please ask for details.)

2. Have you or has anyone close to you ever had training or worked as a CPA, bookkeeper or accountant, or, in any capacity, for an accounting firm? (If yes, please ask for details.)

3. Have you or anyone close to you ever had legal training or worked in any way in the legal profession? (If yes, please ask for details.)

4. Have you or anyone close to you ever worked in processing claims for any reason? This would include processing work, health benefits, or welfare claims, as well as insurance claims. (If yes, please ask for details.)

5. Is there anyone on the panel who has never purchased home or auto insurance?

6. Do you or does anyone close to you ever had insurance purchased from the Canal Insurance Company? (If yes, please get details.)

7. Are you or is anyone close to you a truck driver or operate a trucking company?

8. Have you or anyone close to you ever had an insurance claim denied? (If yes, please get details.)

9. Have you or anyone close to you ever been a party to a civil lawsuit? (If yes, please get details.)

10. Is there anyone here who does not belief in the civil court system, or who would find it difficult to award money damages, no matter what the evidence shows?

11. Do any of you have any objection to persons coming to court and asking to be compensated with money damages if they have been truly harmed by someone else?

12. If you find liability on the part of the defendant in this case, it will then be your duty to determine the amount of compensation, using and applying the law to the evidence. Is there anyone on the panel who feels that he or she would be reluctant to follow the law and award damages, even if the damages are substantial?

13. If the evidence justified a large award, is there any juror who would be reluctant to award a large sum of money simply because the amount was large?

14. Is there anyone who feels that they can not fairly judge this case simply because the plaintiff is an individual and the defendant is a corporation?

15. Have any of you ever had your insurance cancelled. If so did the insurer follow the law and its procedures in cancelling your policy?

16. Do you feel that insurance companies should be required to follow the rules of cancelling a policy just like everyone else has to follow rules?

THE PLAINTIFF,

By_____
JOEL T. FAXON
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL. 203-624-9500
FAX 203-624-9100
jfaxon@strattonfaxon.com
Federal Bar No.: ct 16255

### CERTIFICATION

The foregoing Motion to Amend Complaint was served on this date to the following:

Karen Karpie, Esq.
Murphy & Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604

_____
JOEL T. FAXON