# MURPHY AND KARPIE, LLC
### ATTORNEYS AT LAW

KEVIN R. MURPHY
KAREN L. KARPIE
MICHAEL O. CONNELLY
ROBERT J. SICKINGER*
CRAIG T. ABBOTT

*ALSO ADMITTED IN NEW YORK



350 FAIRFIELD AVENUE
SUITE 408
BRIDGEPORT, CONNECTICUT 06604
TELEPHONE (203) 333-0177
FAX (203) 333-8475

August 7, 2006

**Hand-Delivered**

The Honorable Ellen Bree Burns
United States District Court
141 Church Street
New Haven, CT 06510

Re:   Michael Barbarula v. Canal Insurance Company
      3:02-cv-1142 (EBB)

Dear Judge Burns:

As you know, the above case is scheduled for jury selection beginning at 10:00 AM tomorrow, August 8, 2006. The parties jointly request that you schedule a status conference immediately following the jury selection, or at some time later this week, if the court's schedule permits.

The purpose of the status conference is to discuss whether a trial on the bad faith claim asserted in count two should go forward at all, especially in light of the court's recent ruling on motion to add offer of judgment and other interest, which sets forth clearly that the Canal policy was cancelled. It is Canal's contention that since count two alleges a cause of action for bad faith under the policy, and since the policy was clearly cancelled, that as a matter of law, the plaintiff has no bad faith cause of action. It is the plaintiff's contention that a bad faith claim still exists and should be tried.

The parties agree that it is reasonable to have the preliminary question of law, as to whether the plaintiff has asserted a valid cause of action in count two, decided by the court *prior* to trial, if possible. The defendant intends to raise this issue before the court by filing a motion for judgment on the pleadings within the next few days. I believe the plaintiff would be willing to file his opposition on an expedited basis. The purpose of a status conference would be to discuss how the court would like to handle this issue at this time.

Thank you.

                                          Sincerely,

                                          Karen L. Karpie

cc:  Attorneys Joel Faxon and Michael Stratton (via fax)