UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| MICHAEL BARBARULA, Administrator of the Estate of Jing Xian He,<br><br>                Plaintiff,<br><br>vs.<br><br>CANAL INSURANCE COMPANY,<br><br>                Defendants | Civil Action No. 3:02-CV-1142 (EBB)<br><br>AUGUST 16, 2006 |

---

### DEFENDANT CANAL INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 12( c ) F.R.C.P., the defendant Canal Insurance Company hereby moves for judgment on the pleadings as to Count Two of the plaintiff's complaint for the reason that the claims for bad faith failure to settle, contained in Count Two, fail to state a valid, legally cognizable cause of action against Canal, because the insurance policy issued by Canal was canceled and there is no bad faith action that arises from the MCS-90 endorsement which this Court has ruled is still in play.  In the alternative, Canal moves for summary judgment on Count Two for the same reasons.  In support of this motion, Canal is simultaneously filing a memorandum of law and a Local Rule 56(a) Statement.

THE DEFENDANT
CANAL INSURANCE COMPANY


BY *[signature: Karen L. Karpie]*
KAREN L. KARPIE, Esq.
MURPHY and KARPIE, LLC
350 Fairfield Avenue, Suite 408
Bridgeport, CT 06604
Federal Bar #CT 04269
Tel. 203-333-0177, Fax 203-333-8475
E-mail: klkarpie@sbcglobal.net


**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, U.S. Mail, postage prepaid and faxed/or e-mailed on August 16, 2006 to:

Michael Stratton/Joel Faxon
Stratton Faxon
59 Elm St.
New Haven CT 06510

*[signature: Karen L. Karpie]*
KAREN L. KARPIE

2