UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL JON BARBARULA, Administrator of the Estate of Jing Xian He, | : : : : | CIVIL ACTION NO. 3:02 CV 1142 (EBB) |
| vs. | : : : | |
| CANAL INSURANCE COMPANY | : | SEPTEMBER 21, 2006 |

### STIPULATION OF VOLUNTARY DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41, stipulate to the voluntary dismissal of all claims, with prejudice, without costs to any party.

THE PLAINTIFF,

By: /s/ Joel T. Faxon

Joel T. Faxon, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Fed. Bar No. CT 16255
jfaxon@strattonfaxon.com

THE DEFENDANT,

By: /s/ Karen L. Karpie

Karen L. Karpie, Esq.
Murphy and Karpie
350 Fairfield Avenue
Suite 408
Bridgeport, CT 06604
Fed. Bar No. CT 04269
klkarpie@sbcglobal.net