UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL BARBARULA<br>Administrator of the Estate<br>of Jing Xian He,<br>　　　　Plaintiff,<br><br>　　v.<br><br>CANAL INSURANCE COMPANY,<br>ET AL,<br>　　　　Defendant. | :<br>:<br>:<br>: NO. 3:02CV1142(EBB)<br>:<br>:<br>: |

<u>O R D E R</u>

The court's rulings of September 9, 2004, [Doc. No. 87] and August 3, 2006 [Doc. No. 136] are withdrawn.


SO ORDERED.


_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this ___ day of October, 2006.